UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CARRIE PARSONS and ) <br> TRUSTEE C. KENNETH STILL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN TENNESSEE MEDICAL CENTER, ) <br> LLC, ) <br> ) <br> Defendant. ) | Case No. 1:11-CV-298 <br><br> Judge Curtis L. Collier |

## **O R D E R**

On May 15, 2013, the Court held oral arguments to address whether Ms. Parsons had standing to pursue her employment discrimination claim. After hearing from counsel for Ms. Parsons, Southern Tennessee Medical Center, LLC, and the Chapter 13 Trustee--all of whom agreed Ms. Parsons had standing--the Court determined Ms. Parsons had standing to proceed with her claim. Accordingly, the Court **LIFTS** the stay in this matter. The Court will reset all remaining dates in the scheduling order, including the trial date.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**